# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LESLIE A. PERKINS,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:14-cv-32
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's February 3, 2015 Report and Recommendation. (ECF No. 20.) The Magistrate Judge recommended that the Court grant Plaintiff's application for attorney fees and award Plaintiff $4,835.27, plus the filing fee of $400.00. The Report and Recommendation specifically advised the parties that a failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.* at Page ID # 539.) Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 20), **GRANTS** Plaintiff's application (ECF No. 19), and **AWARDS** Plaintiff $4,835.27 and the filing fee of $400.00 as recommended.

    **IT IS SO ORDERED.**

                                    /s/ Gregory L. Frost
                                   GREGORY L. FROST
                                   UNITED STATES DISTRICT JUDGE